IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 1 0 2005

DAVID J. MALAND, CLERK

BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| -vs- | § | Criminal No. 4:05CR *130* |
| | § | Judge *Brown* |
| JOSE EMILE MALDONADO- | § | |
| RODRIGUEZ | § | |

## INDICTMENT

### COUNT I

<u>Violation:</u>     Reentry of Deported Alien
(Title 8 U.S.C. § 1326)

On or about August 6, 2004,  in the Eastern District of Texas, the Defendant, Jose Emile

Maldonado-Rodriguez, an alien who had previously been excluded, deported and removed,

knowingly and unlawfully was found in the United States in Collin County, Texas, the said

Defendant having not obtained the consent for reapplication for admission into the United States

from the Attorney General of the United States or Secretary of Homeland Security, the successor,

pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557.

All in violation of Title 8, United States Code, Section 1326.

A True Bill,

FOREMAN OF THE GRAND JURY

MATTHEW ORWIG
UNITED STATES ATTORNEY

JOHN L. RATCLIFFE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| -vs- | § | Criminal No. 4:05CR_____ |
| | § | Judge |
| JOSE EMILE MALDONADO- | § | |
| RODRIGUEZ | § | |

## NOTICE OF PENALTY

### COUNT I

Violation:      Title 8, United States Code, Section 1326

Penalty:      Not more than two years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than one year;

If removal was subsequent to a conviction for commission of a felony other than an aggravated felony - not more than 10 years of imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years;

If removal was subsequent to a conviction for a commission of an aggravated felony - not more than 20 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years.

Special
Assessment:      $100.00