

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 2 1 2005

DAVID J. MALAND, CLERK
BY
DEPUTY Sammie

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| -vs.- | § | Criminal No. 4:05CR130 |
| | § | Judge Brown |
| JOSE EMILE MALDONADO-RODRIGUEZ | § | |
| | § | |

### FACTUAL STATEMENT

IT IS HEREBY STIPULATED AND AGREED by Defendant JOSE EMILE

MALDONADO-RODRIGUEZ ("Maldonado-Rodriguez") that the following facts are true and

correct, and that such conduct violated Title 8, United States Code, Section 1326 (Reentry of a

Removed Alien):

1.      On an unknown date in 1999, MALDONADO-RODRIGUEZ illegally entered the

United States at or near Brownsville, Texas, without having been inspected by an Immigration

Officer.

2.      On April 3, 2001, MALDONADO-RODRIGUEZ, was convicted in the 380th

Judicial District Court of Collin County, Texas of the offense of Theft over $1500.00 for which

he received a jail sentence of one year.

3.      On September 11, 2001, MALDONADO-RODRIGUEZ was formally removed

from the United States at Hidalgo, Texas, under Section 237(a)(2)(A)(iii) of the Immigration and

Nationality Act.



J.M.R.

4.      On or after September 11, 2001, MALDONADO-RODRIGUEZ illegally

reentered the United States without first obtaining permission from the Attorney General of the

United States.

5.      On February 7, 2004, MALDONADO-RODRIGUEZ was removed from the

United States at Laredo, Texas under Section 241(a)(5) of the Immigration and Nationality Act.

6.      On or after February 7, 2004, MALDONADO-RODRIGUEZ illegally re-entered

the United States without first obtaining permission of the Attorney General.

7.      On August 6, 2004, MALDONADO-RODRIGUEZ was present in Collin County,

Texas, in the Eastern District of Texas, and he knew his presence there was unlawful.

## SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT

I have read this Factual Statement and have discussed it with my attorney.  I fully

understand the contents of this Factual Statement and agree without reservation that it accurately

describes the events and my acts.

Dated: _____          X _Jose Emile Maldonado_____
                                     JOSE EMILE MALDONADO-RODRIGUEZ
                                     Defendant

*Interpreted by Anita B. Morales*

EMILE JOSE MALDONADO-RODRIGUEZ
FACTUAL STATEMENT

Page 2 of 3

## SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Resume and have reviewed them with my client, the Defendant, JOSE

EMILE MALDONADO-RODRIGUEZ.  Based upon my discussions with my client, I am

satisfied that he understands this Factual Statement.

Dated: _____9/12/05_____          _____Denise Benson_____
                                  DENISE BENSON
                                  Attorney for Defendant
                                  Jose Emile Maldonado-Rodriguez

J.M.R.